JOHN DEPINO *v.* UNGER'S FLOOR COVERING, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 9 Conn. App. 805, is denied.

*John DePino,* pro se, in support of the petition.

Decided December 10, 1986

STATE OF CONNECTICUT *v.* NORMAN E. WHITNEY

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 542, is denied.

*Norman E. Whitney,* pro se, in support of the petition.

Decided December 10, 1986

STATE OF CONNECTICUT *v.* WILLIAM KITT

The state's petition for certification for appeal from the Appellate Court, 8 Conn. App. 478, is denied.

*Christopher Malany,* deputy assistant state's attorney, in support of the petition.

*Timothy H. Everett,* in opposition.

Decided December 18, 1986

PRECISION PRODUCTS, INC. *v.* MIDLAND ROSS CORPORATION

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 806, is denied.

*Francis G. Pennarola,* in support of the petition.

*Dean W. Baker,* in opposition.

Decided January 9, 1987